UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

# CIVIL MINUTES - GENERAL

| Case No. | 2:21-cv-3731-AB (SK) | Date | June 30, 2021 |
|---|---|---|---|
| Title | Hilton Mincy v. North County Correctional Facility et. al. | | |

| Present: The Honorable | Steve Kim, United States Magistrate Judge |
|---|---|
| Connie Chung | n/a |
| Deputy Clerk | Court Smart / Recorder |
| Attorneys Present for Plaintiff: | Attorneys Present for Defendant(s): |
| None present | None present |

**Proceedings:** (IN CHAMBERS) **ORDER TO SHOW CAUSE**

Plaintiff's complaint was filed without an application to proceed in forma pauperis or payment of the $402 civil filing and administrative fee. Granting leave for Plaintiff to submit an IFP application, however, would be futile because Plaintiff already has—in this district alone—at least four prior "strikes" under 28 U.S.C. § 1915(g), meaning that he has had at least four prisoner civil rights cases previously dismissed for (among other reasons) failure to state a claim on which relief may be granted. *See Mincy v. Los Angeles County Sheriff et al.*, No. 2:19-cv-04867; *Mincy v. Barragan et al.*, No. 2:19-cv-10954; *Mincy v. Los Angeles Police Department et al.*, No. 2:20-cv-02045; and *Mincy v. City of Los Angeles et al.*, No. 2:20-cv-5921.

For this reason, Plaintiff is ORDERED TO PAY THE FILING FEES IN FULL within 30 days of this order. If the Court receives no timely payment of the full filing fees by that deadline, this case will be dismissed without further notice. This order addresses the issue of filing fees only; the case remains subject to substantive and procedural screening under 28 U.S.C. § 1915A even after the filing fees have been paid in full.

**IT IS SO ORDERED.**